UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/2/2012
```

CITY OF LIVONIA EMPLOYEES'
RETIREMENT SYSTEM, individually and on
behalf of all others similarly situated,

                              Plaintiffs,

-v-

WACHOVIA CORPORATION, *et al.*,

                              Defendants.

No. 09 Civ. 8268 (RJS)
ORDER

RICHARD J. SULLIVAN, District Judge:

       By Order dated August 17, 2011, the Court stated that this action will be closed if and when final judgment occurs in the *Bond/Notes* action, No. 09 Civ. 6351 (RJS). By Order dated December 30, 2011, the Court approved the parties' class settlement and entered final judgment in the *Bond/Notes* action. Accordingly, IT IS HEREBY ORDERED THAT this action is terminated. The Clerk of the Court is respectfully directed to close this case.

SO ORDERED.

Dated:      August 2, 2012
              New York, New York

                                                RICHARD J. SULLIVAN
                                                UNITED STATES DISTRICT JUDGE